SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>     Plaintiff,                    )<br>                                     )<br>  v.                                 )<br>                                     )<br>MATTHEW BRADLEY MORRISON,            )<br>                                     )<br>     Defendant.                    )<br>                                     )<br>_____) | No.   CR 07-70653 RS<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 3, 2008 TO FEBRUARY 14, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      On January 3, 2008 the parties appeared for a hearing before this Court.  At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government, the need to continue defense investigation and the need to jointly negotiate a resolution in this matter.  At that time, the Court set the matter for a hearing on February 14, 2008.

      The parties stipulate that the time between January 3, 2008 and February 14, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for

1

1  effective preparation, taking into account the exercise of due diligence. Finally, the parties agree
2  that the ends of justice served by granting the requested continuance outweigh the best interest of
3  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
4  U.S.C. §3161(h)(8)(A).

6  DATED: January 3, 2008              SCOTT N. SCHOOLS
                                       United States Attorney

8                                      ___/s/_____
                                       JEFFREY B. SCHENK
9                                      Assistant United States Attorney

11                                     ___/s/_____
                                       CYNTHIA LIE
12                                     Attorney for Defendant

**<u>ORDER</u>**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 3, 2008 and February 14, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____
                                        HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE