1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  RICHARD C. CHENG (CASBN 135992)
   Assistant United States Attorney
5
     150 Almaden Boulevard
6    San Jose, California 95113
     Telephone: (408) 535-5059
7    Facsimile: (408) 535-5032
     Email: richard.cheng@usdoj.gov
8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,      ) No.  CR 07-70653 RS
                                    )
15 |     Plaintiff,                 ) STIPULATION AND [PROPOSED]
                                    ) ORDER EXCLUDING TIME FROM
16 | v.                              ) MARCH 6, 2008 TO APRIL 3, 2008
                                    ) FROM THE SPEEDY TRIAL ACT
17 | MATTHEW BRADLEY MORRISON,      ) CALCULATION (18 U.S.C. §
                                    ) 3161(h)(8)(A))
18 |     Defendant.                 )
                                    )
19 |_____ )

20       On March 6, 2007 the parties appeared for a hearing before this Court. At that hearing,

21 both parties requested an exclusion of time under the Speedy Trial Act based upon the current

22 on-going negotiations which may result in a pre-indictment disposition of the pending matter. At

23 that time, the Court set the matter for a preliminary examination or arraignment on April 3, 2008

24 at 9:30 a.m.

25       The parties stipulate that the time between March 6, 2008 and April 3, 2008 is excluded

26 under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

27 continuance would unreasonably deny defense counsel reasonable time necessary for effective

28 preparation and negotiation of the pending matter, taking into account the exercise of due

                                        1

1 | diligence. Finally, the parties agree that the ends of justice served by granting the requested
2 | continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the
3 | prompt disposition of criminal cases. 18 U.S.C. §3161(h)(8)(A).
4 |
5 | DATED:    March 6, 2008            JOSEPH P. RUSSONIELLO
6 |                                    United States Attorney
7 |
8 |                                    RICHARD C. CHENG
                                       Assistant United States Attorney
9 |
10|
11|                                    CYNTHIA LIE
                                       Assistant Federal Public Defender

## ORDER

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 6, 2008 and April 3, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation and negotiation of the pending matter, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____
NADOR J. VADAS
UNITED STATES MAGISTRATE JUDGE